UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Steven Nicoski,

          Plaintiff,

v.

Monarch Recovery Management, Inc.,

          Defendant.

Civil No. 12-CV-00167 (MJD/FLN)

**ORDER FOR DISMISSAL WITH PREJUDICE**

---

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the the above-captioned litigation on its merits, with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

                                              BY THE COURT


Dated: July 18, 2013                    s/Michael J. Davis
                                            The Honorable Michael J. Davis
                                            Chief Judge of District Court